AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

**FILED**

**JUN 18 2026**

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

United States of America
v.

KIEONTE WALKER,
aka "Ville" "Dom"

_____
*Defendant*

)
)
)
)
)
)
)

Case No.  5:26-CR- 𝟸5 - 4

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KIEONTE WALKER,  aka "Ville" "Dom" ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

- Conspiracy to Distribute and Possess with the Intent to Distribute Methamphetamine, Cocaine Base, and Cocaine
- Distribution of 50 Grams or More of Methamphetamine
- Distribution of Cocaine Base

Date:     06/02/2026

_____
*Issuing officer's signature*

City and state:     Wheeling, West Virginia

JAMES P. MAZZONE, US MAGISTRATE JUDGE
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* 6/2/26 , and the person was arrested on *(date)* 6/18/26
at *(city and state)* YOUNGSTOWN, OHIO

Date: 6/18/26

_____
*Arresting officer's signature*

NOAH DAY  DUSM

_____
*Printed name and title*